IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERMAINE TYREE JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:22-CV-503-WHA-CSC |
| STATE OF ALABAMA, et al., | ) |
| Defendants. | ) |

**ORDER**

Before the court is the Magistrate Judge's Report and Recommendation filed September 23, 2022, (Doc. 9), to which no objections have been filed. Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED with prejudice;

3. No costs are taxed.

A separate Final Judgment will be entered in accordance with this order.

Done this 25th day of October, 2022.

                                                    /s/   W. Harold Albritton
                                                   UNITED STATES DISTRICT JUDGE